UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HOGANS, | ) |
| Movant, | ) |
| vs. | ) No. 4:09CV501 HEA |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Motion of Michael Hogans to Vacate, Set aside or Correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as Movant has not made a substantial showing of the denial of a federal constitutional right.

Dated this 30th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE